## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

Re:
BARRY L. MESSERSMITH, JR.  Case No.: 1-12-03262-RNO
BELINDA M. MESSERSMITH  Chapter 13
         Debtor(s)

## NOTICE OF FINAL CURE

Pursuant to the Fed. Bankr. Rule 3002.1(f), the Trustee gives Notice that the amount required to cure the pre-petition default in the below claim has been paid in full and the Debtor(s) have completed all payments under the plan.

Within 21 days of the service of this Notice, the creditor must file and serve same on debtor, debtor's counsel and trustee, pursuant to Fed. Bankr. Rule 3002.1(g), a statement indicating whether it agrees that the debtor has paid in full the amount required to cure the default, has paid all outstanding post-petition fees, costs or escrow amounts due, and whether, consistent with §1322(b)(5) of the Bankruptcy Code, the debtor is current on all post-petition payments as of the date of this Notice or be subject to further action of the court including possible sanctions.

**PART 1:**          **MORTGAGE INFORMATION**

Creditor Name: PNC BANK
Court Claim Number: 05
Last Four of Loan Number: 1932
Property Address if applicable: 220 NORTH MAIN STREET, SPRING GROVE, PA 17362

**PART 2:**          **CURE AMOUNT**

TOTAL CURE DISBURSEMENT MADE BY THE TRUSTEE

a. Allowed prepetition arrearages:      $15,460.27
b. Prepetition arrearages paid by the Trustee:      $15,460.27
c. Amount of postpetition fees, expenses, and charges recoverable Under Bankruptcy Rule 3002.1(c):      $
d. Amount of postpetition fees, expenses, and charges recoverable Under Bankruptcy Rule 3002.1(c) and paid by the Trustee:      $
e. Allowed postpetition arrearage:      $
f. Postpetition arrearages paid by the Trustee:      $
g. Total b, d, f:      $15,460.27

**PART 3:**          **POST PETITION MORTGAGE PAYMENT**

Paid direct by the Debtor(s)
Current Monthly Mortgage Payment: $
Next postpetition payment due:
If known, Principal Balance Outstanding: UNKNOWN

**To the extent that the Debtor is not delinquent as of the date of this Notice, the Creditor should file a Response indicating same.**

**PART 4:**          **A RESPONSE IS REQUIRED BY BANKRUPTCY RULE 3002.1(g)**

To assist in reconciling the claim, a history of payments made by the Trustee is attached to copies of this Notice sent to the Debtor and Creditor.

I certify that the information contained herein is true and correct to the best of my knowledge, information and reasonable belief.

Dated:  June 21, 2017                                          Respectfully submitted,


                                                            s/ Charles J. DeHart, III, Trustee
Standing Chapter 13 Trustee
Suite A, 8125 Adams Drive
Hummelstown, PA  17036
Phone:  (717) 566-6097
Fax:  (717) 566-8313
eMail:  dehartstaff@pamd13trustee.com

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF PENNSYLVANIA**

Re:

BARRY L. MESSERSMITH, JR.　　　　　　　Case No.: 1-12-03262-RNO
BELINDA M. MESSERSMITH　　　　　　　　Chapter 13
　　　　　　Debtor(s)

# CERTIFICATE OF SERVICE

I hereby certify that the Debtor and his/her counsel, have been served a copy of this Notice of Final Cure by First Class Mail, unless served electronically, at the below address on June 21, 2017.

BARRY L. MESSERSMITH, JR.
BELINDA M. MESSERSMITH
99 CRIMSON AVENUE
TANEYTOWN, PA  21787-

PNC BANK
C/O VITTI & VITTI & ASSOCIATES, P.C.
215 FOURTH AVENUE
PITTSBURGH, PA,  15222

TIMOTHY A. BAKER, ESQUIRE
3110 EAST MARKET STREET
SUITE B
YORK PA,  17402-2512

Date: June 21, 2017　　　　　　　　　s/ Charles J. DeHart, III, Trustee
　　　　　　　　　　　　　　　　　　Charles J. DeHart, III, Trustee
　　　　　　　　　　　　　　　　　　Standing Chapter 13 Trustee
　　　　　　　　　　　　　　　　　　Suite A, 8125 Adams Drive
　　　　　　　　　　　　　　　　　　Hummelstown, PA  17036
　　　　　　　　　　　　　　　　　　Phone:  (717) 566-6097
　　　　　　　　　　　　　　　　　　Fax:  (717) 566-8313
　　　　　　　　　　　　　　　　　　eMail:  dehartstaff@pamd13trustee.com