United States Bankruptcy Court
Middle District of Pennsylvania

In re:  
Barry L. Messersmith, Jr.  
Belinda M. Messersmith  
       Debtors

Case No. 12-03262-RNO  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0314-1     User: JGoodling     Page 1 of 1     Date Rcvd: Aug 15, 2017  
                    Form ID: fnldec      Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 17, 2017.  
db          +Barry L. Messersmith, Jr.,   99 Crimson Avenue,   Taneytown, MD 21787-2171  
jdb         +Belinda M. Messersmith,   220 North Main Street,   Spring Grove, PA 17362-1118

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                    TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 17, 2017                                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 15, 2017 at the address(es) listed below:  
         Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com, dehartstaff@pamd13trustee.com  
         James Warmbrodt    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION bkgroup@kmllawgroup.com  
         Timothy Alan Baker    on behalf of Joint Debtor Belinda M. Messersmith bakerlawfirmllc@yahoo.com, tbakerlaw@msn.com  
         Timothy Alan Baker    on behalf of Debtor Barry L. Messersmith, Jr. bakerlawfirmllc@yahoo.com, tbakerlaw@msn.com  
         United States Trustee    ustpregion03.ha.ecf@usdoj.gov  
                                                                                                       TOTAL: 5

fnldec (12/15)

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

| | |
|---|---|
| Barry L. Messersmith Jr.<br>aka Barry L. Messersmith<br>99 Crimson Avenue<br>Taneytown, MD 21787 | Chapter 13<br>Case No. 1:12−bk−03262−RNO |

Belinda M. Messersmith
220 North Main Street
Spring Grove, PA 17362

Last four digits of Social−Security, Individual Taxpayer−Identification, Employer Tax−Identification No(s)(if any):
xxx−xx−5375
xxx−xx−7918

# FINAL DECREE

The estate of the above named debtor(s) has been fully administered and the deposit required by the plan has been distributed.

**IT IS ORDERED, Charles J DeHart, III (Trustee)** is discharged as trustee of the estate of the above−named debtor(s); and the chapter 13 case of the above named debtor(s) is closed.

Dated: August 15, 2017

By the Court,

Honorable Robert N. Opel
United States Bankruptcy Judge
By: JGoodling, Deputy Clerk